PETERS, Respondent, v. SLATTERY, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by John L. Peters against John Slattery.

PER CURIAM. Judgment modified, by striking out the provision for an extra allowance, for want of power in the court at Trial Term to grant the same, and judgment, as modified, and order, affirmed, without costs.

HOOKER, J., not voting.

PETERSON v. FUCHS et al. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Otto F. Peterson against F. Waldemar Fuchs and others. No opinion. Judgment and orders of the Municipal Court affirmed, with costs.

PHALEN, Appellant, v. UNITED STATES TRUST CO. OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Charles J. Phalen against the United States Trust Company of New York and others. F. S. Woodruff, for appellant. E. W. Sheldon, for respondents. No opinion. Judgment affirmed, with costs, on the opinion on former appeal. 100 App. Div. 264, 91 N. Y. Supp. 537.

PHELPS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Almon C. Phelps against the New York Central & Hudson River Railroad Company.

PER CURIAM. Interlocutory judgment and order reversed, with costs, and defendant's demurrer sustained, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal, upon the authority of Shea v. Sixth Avenue Elevated Railway Company, 62 N. Y. 180, 20 Am. Rep. 480, Hoffman v. King, 160 N. Y. 618, 55 N. E. 401, 46 L. R. A. 672, 73 Am. St. Rep. 715, and Van Inwegen v. Port Jervis, M. & N. Y. R. Co., 165 N. Y. 625, 58 N. E. 878.

PIERIE, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Samuel H. Pierie against Horace W. Smith and another. No opinion. Judgment affirmed, with costs.

PIKE, Respondent, v. NORD DEUTSCHE NEDERLANDSCHE LLOYDS, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Ellen M. Pike, trustee, against the Nord Deutsche Nederlandsche Lloyds. E. P. Wheeler, for appellant. E. G. Stevens, for respondent. No opinion. Judgment and order affirmed, with costs.

In re PINE. (Supreme Court, Appellate Division, First Department. November 2, 1905.) In the matter of Smith Pine. No opinion. Order affirmed.

PINTO, Respondent, v. MT. CARMEL SOCIETY OF BOROUGH OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Antonio Pinto against the Mt. Carmel Society of the Borough of Brooklyn. No opinion. Judgment of the Municipal Court affirmed, with costs.

PITKIN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Emma D. Pitkin against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs, on authority of same case on former appeal, reported in 94 App. Div. 31, 87 N. Y. Supp. 906.

McLENNAN, P. J., concurs, upon the first ground stated in the opinion written on former appeal.

PITKIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Emma D. Pitkin, as executrix, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See 87 N. Y. Supp. 906.

P. J. CARLIN CONST. CO., Appellant, v. HAMMEL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by the P. J. Carlin Construction Company against Joshua Hammel, individually, etc., and others. N. Lyon, for appellant. J. C. Weschler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PLACE, Respondent, v. DREAMLAND, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Howard Place against one Dreamland. No opinion. Judgment of the Municipal Court affirmed, with costs.

PLAGE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Henry Plage, as administrator, etc., against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

PODELEFSKY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Ida Podelefsky, an infant, by Levy Podelefsky, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed on argument, and new trial granted, costs to abide the event, for refusal to charge requests at folio 86 of case.

POLHEMUS, Respondent, v. POLHEMUS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17,

1905.) Action by Elsa C. Polhemus against Horace G. Polhemus and others. No opinion. Motion for reargument granted, and case set down for Tuesday, November 28, 1905. See 95 N. Y. Supp. 325.

POND, Respondent, v. NEW ROCHELLE WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Charles H. Pond against the New Rochelle Water Company. No opinion. Interlocutory judgment sustaining demurrer to defenses affirmed, with costs. Leave, however, will be granted to the appellant to appeal to the Court of Appeals, if so advised.

In re POOLE. (Supreme Court, Appellate Division, First Department. November 2, 1905.) Appeal from Special Term. In the matter of Pierce N. Poole as to independent nominations of assemblyman and alderman in the twelfth district. Appeal from an order of the Special Term affirming the determination of the board of elections. Affirmed.

PER CURIAM. In this case there was one certificate filed to which objections were made; but, before the time for filing certificates had expired, two additional certificates were submitted. Upon the three certificates there appeared 1,700 names. As the law allows separate certificates to be filed, we find no difficulty in considering all of the certificates, and the question is whether upon all of the certificates there are genuine signatures of 500 men. Making the deductions shown by the papers for duplicate signatures, signatures in the same handwriting, affidavits of those who did not sign, and nonresidents proved by sufficient evidence, there remain more than sufficient signatures to comply with the provisions of the law. The order of the Special Term, affirming the determination of the board of elections, should be affirmed.

POPE MFG. CO., Appellant, v. RUBBER GOODS MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by the Pope Manufacturing Company against the Rubber Goods Manufacturing Company. L. H. Freedman, for appellant. N. Ottinger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

POTTER et al. v. ROSSITER et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Alexander Potter and another against Clinton L. Rossiter and others. No opinion. Motion denied.

POTTER et al., Appellants, v. ROSSITER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Alexander Potter and others against Clinton L. Rossiter and others. J. A. Hodge, for appellants. W. W. Goodrich, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

POTTER, Respondent, v. VILLAGE OF HAMMONDSPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department.

November 29, 1905.) Action by Rose Potter against the village of Hammondsport.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant, within 15 days from date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied, without costs.

POUCHER, Respondent, v. FABER, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Charles Poucher against Leander S. Faber. J. H. Corwin, for appellant. S. M. L. Ernst, for respondent. No opinion. Determination affirmed, with costs. See 92 N. Y. Supp. 870.

PRAHAR, Respondent, v. TOUSEY, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Louis B. Prahar against Rosalie Tousey, as executrix, etc. No opinion. Judgment and order affirmed, with costs. See 87 N. Y. Supp. 845.

PRUYNE, Respondent, v. SERVISS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Lafayette E. Pruyne against Lucyette E. Serviss.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs.

WILLIAMS and HISCOCK, JJ., dissent.

PUTNAM et al. v. ABD EL NOUR. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by George L. Putnam and others against John Abd el Nour. No opinion. Motion denied, on payment of $10 costs.

RADLEY, Appellant, v. REILLY, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by John J. Radley against Thomas J. Reilly. J. E. Kelly, for appellant. G. J. Gillespie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RANSOM, Appellant, v. NASSAU TRUST CO. OF CITY OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Rastus S. Ransom, as substituted trustee for Mary Frances Welch, against the Nassau Trust Company of the City of Brooklyn. No opinion. Judgment affirmed, with costs.

RANDALL, Respondent, v. WILSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Charles J. Randall, as administrator, etc., of John R. Dickerson, deceased, against A. Cavassa Wilson and others. No opinion. Order affirmed, with $10 costs and disbursements.

RAYMOND v. SECURITY TRUST & LIFE INS. CO. et al. (Supreme Court, Appellate Divi-